PAUL J. FISHMAN
United States Attorney
**PETER G. O'MALLEY**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: 973-645-2921
Fax: 973-297-2010
e-mail: peter.omalley@usdoj.gov

**COLIN HUNTLEY**
U.S. Dept. of Justice, Trial Attorney
601 D Street
Washington, DC 20530
Tel.: 202-353-8190
Fax: 202-514-0280
email:colin.huntley@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WENDY A. BAHNSEN and CAROLINA H. FUENTES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, <br><br> *Defendant.* | Honorable Susan D. Wigenton <br><br> Civil Action No. **11-1210 (SDW)** <br><br> **FILED IN CAMERA AND UNDER SEAL** |

## ORDER

The United States having declined to intervene in the above-captioned action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

It is, on this 28th day of February, 2012, ORDERED that,

1. This matter, previously administratively terminated, be herewith reopened and restored to the Court's docket of active civil cases;

2. The complaint be unsealed and served upon the defendant by the relators;

3. All other contents of the Court's file in this action remain under seal and

not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendant only after service of the complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. All orders of this Court shall be sent to the United States; and

7. Should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

HONORABLE SUSAN D. WIGENTON
United States District Judge