JEFFREY S. CHIESA
Attorney General, State of New Jersey
JOAN M. BURKE
Deputy Attorney General
New Jersey Bar Number 020581998
Medicaid Fraud Control Unit
New Jersey Division of Criminal Justice
25 Market Street, 4th Floor, PO Box 094
Trenton, New Jersey 08625
Telephone: (609) 984-6194
Facsimile: (609) 292-7410
Email: burkej@njdcj.org

COUNSEL FOR THE STATE OF NEW JERSEY

RECEIVED
APR 23 2012
AT 8:30
WILLIAM T. WALSH
CLERK

RECEIVED
APR 2 6 2012
CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* WENDY A. BAHNSEN and CAROLINA H. FUENTES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BOSTON SCIENTIFIC NEUROMODULATION CORPORATION <br><br> Defendants. | Civil Action No. 11-1210 <br><br> **FILED IN CAMERA AND** <br> **UNDER SEAL** <br><br> **STATE OF NEW JERSEY AMENDED NOTICE OF FILING** |

TO:   SERVICE LIST ATTACHED

PLEASE TAKE NOTICE that on April 23, 2012, I caused to be mailed to and served with the Clerk of the Court of the United States District Court for the District of New Jersey, an Amended Consolidated Notice of the State of New Jersey and the Other Plaintiff

States of Their Election to Decline Intervention, a copy of which is attached hereto and served upon you.

                              JEFFREY S. CHIESA
                              Attorney General, State of New Jersey

By: _____
                              Joan M. Burke
                              Deputy Attorney General
                              New Jersey Bar Number 020581998
                              Medicaid Fraud Control Unit
                              New Jersey Division of Criminal Justice
                              25 Market Street, 4th Floor, PO Box 094
                              Trenton, New Jersey 08625
                              Telephone: (609) 984-6194
                              Facsimile: (609) 292-7410
                              Email: burkej@njdcj.org

## AMENDED CERTIFICATE OF SERVICE

I certify that, on April 23, 2012 a true copy of the above Notice of Non-Intervention and proposed Order to be deposited in the U.S. mail in Trenton, New Jersey, postage prepaid, to the following persons listed in the attached Service List:

JOAN M. BURKE
New Jersey Bar Number 020581998
Deputy Attorney General
Medicaid Fraud Control Unit
New Jersey Division of Criminal Justice
25 Market Street, 4th floor, PO Box 094
Trenton, New Jersey 08625
Telephone: (609) 984-6500
Facsimile: (609) 292-7410
Email: burkej@njdcj.org

## SERVICE LIST

Robert B. Teitelman, Asst. Attorney General
Office of the Attorney General
State of Connecticut
55 Elm Street
Hartford, CT 06106

Jane Drummey, Asst. Attorney General
Office of the Attorney General
District of Columbia
Civil Enforcement Section
Civil Litigation Division
441 Fourth Street, Suite 650 North
Washington, DC 20001

George A. Codding
Senior Assistant Attorney General
Colorado MFCU
1525 Sherman Street, 2nd Floor
Denver, CO 80203

Christina Showalter, Director
Delaware Medicaid Fraud Unit
Office of the Attorney General
The Carvel State Office Building
820 N French Street
Wilmington, DE 19801

Andrew McElroy
Medicaid Fraud Control Unit
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Michael L. Parrish, Director
Medicaid Fraud Control Unit of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813

Mimi Hunley, Asst. Attorney General
Criminal Division
Office of the Attorney General
State of Louisiana
PO Box 94005
Baton Rouge, LA 70804

Steven L. Hoffman
Martha Coakley, Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Kirsi Poupore, Assistant Attorney General
Office of the Minnesota Attorney General
Bremer Tower, Suite 900
445 Minnesota Street
St. Paul, MN 55101-2131

Mark Kemberling, Director
Medicaid Fraud Control Unit
Nevada Office of the Attorney General
100 North Carson Street
Carson City, NY 89701-4717

Charlie Richards
Nancy B. Allstrom
Senior Assistant Attorney General
State Health Care Fraud Control Unit
2100 East Exchange Place
Building One, Suite 200
Tucker, GA 30084

Frederick H. Crystal
Medicaid Fraud Unit
Office of the Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601

David Thomas, Inspector General
Indiana Office of Inspector General
315 W. Ohio Street, Room 104
Indianapolis, IN 46202

Shelly Martin
Douglas F. Gansler, Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Kenneth Varns, Assistant Attorney General
Department of Justice
215 N. Sanders
PO Box 201401
Helena, MT 59620-1401

Jeffrey Cahill, Director
Medicaid Fraud Control Unit
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301

Steven K. McCallister
F. Edward Kirby Jr.
Special Deputy Attorney General
Medicaid Investigations Unit
North Carolina Department of Justice
3824 Barrett Drive, Suite 200
Raleigh, NC 27609

James Dube, Director
Medicaid Fraud and Patient Abuse Unit
150 S. Main Street
Providence, RI 02903

Kerry Ascher, Assistant Attorney General
Office of the Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548

Tom Storm, Director
Wisconsin Department of Justice
Division of Legal Services
Medicaid Fraud Control Unit
17 West Main Street
Madison, WI 53707

Monica J. Hickey-Martin
Special Deputy Attorney General
Medicaid Fraud Control Unit
New York State Attorney General
120 Broadway, 13th Floor
New York, NY 10271

Niki S. Batt, Assistant Attorney General
Patient Abuse & Medicaid Fraud
Control Unit
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Sherri Draper, Paralegal
Office of the Attorney General and Reporter
PO Box 20207
Nashville, TN 37202-0207

Elizabeth L. Fitzgerald
Asst. Attorney General
MFCU, Civil Investigations Squad
Virginia Attorney General's Office
900 East Main Street
Richmond, VA 23219

Jody R. Curran, Division Director
Medicaid Fraud & Elder Abuse Division
Office of the State Attorney General
111 Lomas Blvd. NW, Suite 300
Albuquerque, NM 87102

Kristen M. Kemp
Medicaid Fraud Control Unit
8005 Castleway Drive
Indianapolis, IN 76250-1946

Jeffrey Schroder, AAG
Health Care Fraud Division
PO Box 30218
Lansing, MI 48909