

*Phone:* (609) 750-2991
*Fax:* (609) 897-7442
*Email:* Harbist@BlankRome.com

February 13, 2013

<u>VIA ELECTRONIC COURT FILING</u>
Honorable Susan D. Wigenton
U. S. District Judge
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

    Re:    <u>U.S. ex rel., Bahnsen v. Boston Scientific Neuromodulation Corp.</u>
             <u>U. S. District Court, Civil Action No. 11-1210</u>

Dear Judge Wigenton:

    By this letter, Plaintiff/Relator respectfully requests a scheduling order under Fed. R. Civ. 16(b) so that the Parties may comply with their disclosure and discovery obligations under Rule 26(A)(1) and 26(F).

    We appreciate the Court's consideration of this request.

                                                 Respectfully submitted,

                                                 *Nicholas C. Harbist* /smh

                                                 NICHOLAS C. HARBIST

NCH:smh

cc:    All Counsel of Record *(via Electronic Court Filing)*

301 Carnegie Center 3rd Floor Princeton, New Jersey 08540
*A Pennsylvania LLP Stephen M. Orlofsky, New Jersey Administrative Partner*
www.BlankRome.com

California • Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Texas • Washington, DC • Hong Kong

135607.00601/50472445v.1