**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| CHAMBERS OF | MARTIN LUTHER KING |
|---|---|
| **STEVEN C. MANNION** | **COURTHOUSE** |
| **UNITED STATES MAGISTRATE JUDGE** | **50 WALNUT ST.** |
| | **ROOM 2064** |
| | **NEWARK, NJ 07101** |
| | **973-645-3827** |

August 26, 2016

**LETTER OPINION/ORDER**

Re:   **D.E. 262, Plaintiff's Motion to Compel Discovery**
**United States of America *ex rel.* Bahnsen, *et al.* v. Boston Scientific**
**Civil Action No. 11-cv-1210 (JMV)(SCM)**

Dear Counsel:

Pending before this Court is a discovery dispute raised by Plaintiff/Relators, Wendy Bahnsen

and Carolina Fuentes ("Relators") concerning an allegedly deficient production of documents by

Defendant, Boston Scientific Neuromodulation Corporation ("Boston Scientific").[1] After review of

the parties' joint submission, the Court has the following questions:

1)   When were Relators or their counsel initially informed about the "Zirmed" database?

2)   When were Relators or their counsel initially informed about the Medisoft database?

3)   When were Relators or their counsel initially informed about the Dataflo database?

4)   Did Defense counsel provide an enclosure letter (or email) or written document
response for the March 13, 2015 production of the "claims data" spreadsheet?   If so,
provide a copy with your response.

Counsel for the parties shall file their respective written responses (maximum three pages each) to

these questions no later than 5:00 p.m. on September 9, 2016.  For each response, counsel shall

provide pinpoint citations to the docket or attach a copy of the proofs upon which they rely to support

their respective client's position.

---

[1] (ECF Docket No. ("D.E.") 262).

Counsel shall appear for a status conference with me in Courtroom 2B on September 23, 2016 at 2:00 p.m.

**SO ORDERED**.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

8/26/2016 2:33:34 PM

Original: Clerk of the Court
Hon. John M. Vasquez, U.S.D.J.
c (via ECF): All Counsel

2