William Christopher Carmody
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019-6022
Phone: (212) 336-8330

Grant W. McGuire
MCMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
Phone: (973) 622-4868
gmcguire@msbnj.com

*Attorneys for Relators/Counterclaim-Defendants*
(Additional attorneys on the signature page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **WENDY A. BAHNSEN, et al.,**<br><br>**Plaintiffs/Relators,**<br><br>v.<br><br>**BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,**<br><br>**Defendant.**<br><br>---------------------------------------------------------x<br><br>**BOSTON SCIENTIFIC NEUROMODULATION CORPORATION,**<br><br>**Counterclaim-Plaintiffs,**<br><br>v.<br><br>**WENDY BAHNSEN AND CAROLINA FUENTES,**<br><br>**Counterclaim-Defendants.** | **Civil Action No. 11-cv-1210 (JMV) (SCM)**<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES PURSUANT TO 31 U.S.C. § 3730(d)**<br><br>**MOTION DAY: JULY 15, 2019**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

TO:  THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on July 15, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, Susman Godfrey L.L.P. and McManimon, Scotland & Bauman LLC, attorneys for Relators/Counterclaim-Defendants, will move before the Honorable John Michael Vazquez, United States Judge for the District of New Jersey, at the Frank R. Lautenberg U.S. Post Office and Courthouse, 2 Federal Square, Newark, NJ 07102, for an Order granting their Motion for Attorneys' Fees, Costs and Expenses pursuant to 31 U.S.C. § 3730(d).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiffs/Relators will rely upon the accompanying Memorandum of Law in Support of its Motion, Declaration of Jordan Connors, Declaration of Justin P. Walder, and Proposed Order, as well as all pleadings and other documents filed with the Court in this matter.

Relators respectfully request oral argument.


Dated:  June 21, 2019

By:   *s/ Grant W. McGuire*
Grant W. McGuire
MCMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ  07068
Phone: (973) 622-4868
gmcguire@msbnj.com

William C. Carmody *(Pro Hac Vice)*
Arun Subramanian *(Pro Hac Vice)*
Mark Musico *(Pro Hac Vice)*
Michael Gervais *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Phone:  (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
mmusico@susmangodfrey.com

mgervais@susmangodfrey.com

Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA  98101
Phone:  (206) 516-3814
jconnors@susmangodfrey.com

*Attorneys for Relators/Counterclaim-Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 21, 2019 a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

Grant W. McGuire, Esq.