# Exhibit 1

**From:** "Robinson, Frederick" <FRobinson@reedsmith.com>
**Date:** September 12, 2018 at 1:07:49 PM EDT
**To:** 'Bill Carmody' <bcarmody@SusmanGodfrey.com>
**Subject: FW: United States ex rel. Bahnsen v. Boston Scientific Neuromodulation Corporation Mediation - October 22, 2018**

> Bill,
>
> Two things:
>
> You should know that Judge Phillips currently is mediating a case to which we are a party. We don't think that is disqualifying, but thought his disclosure didn't make this clear.
>
> More importantly, given the significant fee that Judge Phillips charges for his services, we are not convinced that now is the right time to employ him as a mediator. We think the chances for success in the mediation will be enhanced if we hold the mediation after Judge Vasquez has ruled on the pending motions in limine. Although we do not know when the judge will be ruling on the motions (maybe your local counsel has some ideas about this), I suggest we ask Judge Phillips about possible mediation dates in November and December.
>
> Thanks.
>
> **Rick Robinson | Partner**
> ReedSmithLLP
> 1301 K Street, N.W.
> Suite 1100 – East Tower
> Washington, D.C. 20005-3373
> Direct +1 202-414-9259
> Fax +1 202-414-9299
> frobinson@reedsmith.com
>
> ---
>
> **From:** Amanda Saunders <ASaunders@phillipsadr.com> **On Behalf Of** Meghan Lettington
> **Sent:** Tuesday, September 11, 2018 1:21 PM
> **To:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; 'mmusico@susmangodfrey.com' <mmusico@susmangodfrey.com>; 'mgervais@susmangodfrey.com' <mgervais@susmangodfrey.com>; Robinson, Frederick <FRobinson@reedsmith.com>; Reynolds, Lesley C. <LReynolds@reedsmith.com>
> **Cc:** Amanda Saunders <ASaunders@phillipsadr.com>; Meghan Lettington <MLettington@phillipsadr.com>
> **Subject:** United States ex rel. Bahnsen v. Boston Scientific Neuromodulation Corporation Mediation - October 22, 2018

1

Dear Counsel:

Please find attached Judge Phillips' retention agreement and accompanying invoices for the above referenced matter. Please let us know when the parties have agreed to a specific location for the mediation in Los Angeles.

By way of disclosure, please note that Judge Phillips has previously mediated matters where Susman Godfrey LLP and Reed Smith LLP served as counsel to a party.

Judge Phillips does not believe these disclosures represent conflicts that would disqualify him from serving as the neutral mediator in the above referenced matter.  He did, however, feel they warranted disclosure to the parties.

Please pay particular attention to our cancellation policy which is set forth in the retention agreement and return the signed retainer as soon as possible.

Let me know if you have any questions.

Meghan Lettington

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01