# Exhibit 4

# SUSMAN GODFREY L.L.P.



# Jordan Connors
## Partner

Seattle
(206) 516-3814
jconnors@susmangodfrey.com

## Overview

Jordan Connors is a commercial litigator with a nationwide practice litigating cases in both state and federal court. Mr. Connors has successfully represented plaintiffs and defendants in a wide variety of high-stakes commercial cases, including patent infringement, antitrust, bankruptcy, class action, trusts and estates, securities fraud, and false advertising matters. *Law & Politics Magazine*, published by Thomson Reuters, has named Mr. Connors a "Rising Star" every year since 2013; an honor bestowed on 2.5 percent of attorneys in the state of Washington for "demonstrated excellence in the practice of law."

## Education

- Stanford University (B.A., Public Policy, 2003)
- Columbia Law School (J.D., 2008)

## Judicial Clerkship

Law Clerk to The Honorable Vaughn R. Walker, Chief Judge of the U.S. District Court for the Northern District of California (2008-2009)

## Honors and Distinctions

- Whitney North Seymour Medal for Columbia Law student who shows greatest promise of becoming a distinguished trial advocate (2007)
- Senior Editor, Columbia Law Review (2007-2008)
- Harlan Fiske Stone Moot Court Finalist (2008)
- Harlan Fiske Stone Scholar (2005-2006, 2006-2007, 2007-2008)
- Ann C. Seminara Award in Public Policy (2003)

## Articles

- "Treating Like Subdecisions Alike: The Scope of Stare Decisis as Applied to Judicial Methodology," 108 *Colum. L. Rev.* 681 (2008)
- "Of All the Arms, of All the Men, of All the Teams That Play," Seattle Times, July 24, 2009

## Professional Associations and Memberships

- Washington State Bar
- Federal Bar Association for the Western District of Washington
- U.S. District Court for the Eastern District of Texas
- U.S. Court of Appeals for the Federal Circuit