# Exhibit 7

# SUSMAN GODFREY L.L.P.



# Tamar Lusztig
## Associate

New York
(212) 729-2007
tlusztig@susmangodfrey.com

## Overview

Tamar Lusztig represents plaintiffs and defendants at trial and on appeal in federal and state courts across the country. She maintains a diverse practice, advising individuals and corporate clients in a variety of areas including intellectual property, contract disputes, employment disputes, products liability, and other high-stakes, complex cases.

At a young age, Lusztig has amassed an impressive docket of high profile cases, often facing off – and prevailing – against opposing lawyers with twice her experience. Lusztig's clients and colleagues look to her for her strategic acumen, judgment, and composure under pressure to help secure victory in bet-the-company cases. Most recently, that has included:

- A win for a research hospital in a licensing dispute with a major international pharmaceutical company. Lusztig cross examined each fact witness defendant presented at arbitration, obtaining testimony that resulted in victory for her client.
- A patent infringement case against AT&T over pioneering Internet technology invented by Lusztig's client. Lusztig briefed and successfully argued multiple motions, including a critical claim construction motion in which the Court adopted all of her client's positions. This case settled on confidential terms.
- Defending NYU Law Review's diversity policies against FASORP, a Texas-based organization that claims the university discriminates against white men. Read Law360's in-depth coverage of Lusztig's defense here (subscription only).
- Facing off against international cosmetics behemoth L'Oréal over its infringement of Lusztig's clients' patented cosmetics technology. This case is in early stages. Read more about it here.
- Representing plaintiffs in bellwether cases in the *In re General Motors LLC Ignition Switch* multi-district litigation, currently pending in New York federal court.

Lusztig takes seriously her commitment to representing all people who seek justice, no matter what their economic status. As such, she recently represented pro bono a former prisoner in a Section 1983 case arising out of an illegal strip search. In this case, key admissions Lusztig obtained in defendants' depositions led to a favorable settlement for her client just before trial.

Lusztig is admitted to practice in New York, and has appeared and argued in a number of federal and state courts, including in California, Connecticut, Delaware, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, Pennsylvania, Texas, and Washington, D.C.

## Education

- Columbia Law School (J.D.)
- University of Massachusetts, Amherst (B.A.)

## Judicial Clerkship

Law Clerk to the Honorable Louis L. Stanton, United States District Court for the Southern District of New York

## Honors and Distinctions

James Kent Scholar

Harlan Fiske Stone Scholar

Editor-in-Chief, *Columbia Journal of Tax Law*

## Publications

Deducting the Cost of Sex Reassignment Surgery: How *O'Donnabhain v. Commissioner* Can Help Us Make Sense of the Medical Expense Deduction, 3 Colum. J. Tax L. 86 (2012)

## Professional Associations and Memberships

State of New York

U.S. Court of Appeals for the Federal Circuit

U.S. Court of Appeals for the Second Circuit

U.S. District Court for the Southern District of New York

U.S. District Court for the Eastern District of New York

U.S. District Court for the Eastern District of Texas

Board Member, The Bushwick Starr