# Exhibit 8

MS&B  McMANIMON • SCOTLAND • BAUMANN

About Us    Attorneys    Practice Areas    Diversity    Contact    Blogs

# Grant W. McGuire, Partner



**Grant W. McGuire**
973-622-4868
gmcguire@msbnj.com

Grant W. McGuire is a partner of McManimon, Scotland & Baumann, LLC. Grant is a seasoned litigator who has successfully tried cases to conclusion in New Jersey's Federal and State Courts. Over his twenty-plus years of experience Grant has represented clients with respect to a broad range of issues, including, but not limited to, professional liability defense, employment matters, products liability, insurance coverage issues and premises liability. While an experienced trial lawyer, Grant is also well versed in alternative dispute resolution, having participated in numerous mediations and arbitrations. Grant's diverse practice has led to experience that make him an asset to clients. His insights have also made Grant a popular choice as local counsel for out of state firms with cases pending in New Jersey.

Before joining McManimon, Scotland & Baumann, LLC, Grant worked with a mid-sized firm in Newark and Roseland, New Jersey as an associate (from 1999-2001) and as a partner from (2001-2019). Prior to entering private practice Grant worked as an Assistant Prosecutor in the Hudson County Prosecutor's Office from 1996-1999. Upon graduating from Seton Hall Law Grant served as a law clerk to the Hon. Alfred J. Lechner, Jr., United States District Court (D.N.J.).

While always a zealous advocate for his clients, Grant is ever cognizant of the value of civility in litigation.

Grant was appointed and certified as a civil arbitrator for the United States District Court for the District of New Jersey in 2003 and continues to serve in said capacity to the present.

## Education

Seton Hall University School of Law, J.D.
Georgetown University, B.A.

## Practice Areas

Litigation

## Bar Admissions

New Jersey
United States District Court, District of New Jersey
United States Third Circuit Court of Appeals
United States Supreme Court

## Memberships

Board of Directors for the Historical Society of the United States District Court for the District of New Jersey
American Bar Association
Association of the Federal Bar of New Jersey
New Jersey State Bar Association
Morris County Bar Association
Defense Research Institute
Association of Defense Trial Attorneys
Fellow of the American Bar Foundation in 2015

## Honors

Honored with an AV rating by Martindale-Hubbell since 2012

SHARE THIS PAGE:

© 2012 McManimon, Scotland & Baumann, LLC. Attorney Advertising. Website by Great Jakes.    Client Login    Admin    Privacy Policy    Terms of Use