# Exhibit 12

**2719 - Susman Godfrey, LLP**
**1 - US Ex Rel v Boston Scientific, et als**
**Expenses**

| Date | Expense Code | Amount | Description |
|---|---|---|---|
| 02/17/16 | E101 | 9.80 | Copying |
| 02/17/16 | E101 | 1.00 | Copying |
| 02/17/16 | E101 | 0.50 | Copying |
| 02/17/16 | E101 | 0.30 | Copying |
| 02/17/16 | E101 | 0.10 | Copying |
| 02/17/16 | E101 | 0.20 | Copying |
| 02/17/16 | E101 | 0.40 | Copying |
| 02/17/16 | E101 | 0.30 | Copying |
| 02/17/16 | E101 | 0.60 | Copying |
| 02/17/16 | E101 | 0.10 | Copying |
| 02/17/16 | E101 | 0.60 | Copying |
| 02/17/16 | E101 | 0.20 | Copying |
| 02/17/16 | E101 | 0.70 | Copying |
| 02/17/16 | E101 | 0.60 | Copying |
| 02/25/16 | E101 | 0.20 | Copying |
| 02/25/16 | E101 | 0.30 | Copying |
| 02/25/16 | E101 | 0.20 | Copying |
| 02/25/16 | E101 | 0.20 | Copying |
| 03/02/16 | E101 | 0.80 | Copying |
| 03/02/16 | E101 | 0.20 | Copying |
| 03/07/16 | E101 | 0.60 | Copying |
| 03/07/16 | E101 | 0.30 | Copying |
| 03/07/16 | E101 | 0.70 | Copying |
| 03/07/16 | E101 | 0.50 | Copying |
| 03/07/16 | E101 | 0.20 | Copying |
| 03/07/16 | E101 | 0.50 | Copying |
| 03/17/16 | E101 | 1.20 | Copying |
| 06/17/16 | E101 | 5.60 | Copying |
| 06/17/16 | E101 | 0.40 | Copying |
| 06/21/16 | E101 | 0.20 | Copying |
| 06/21/16 | E101 | 0.20 | Copying |
| 07/18/16 | E101 | 0.10 | Copying |
| 07/18/16 | E101 | 2.00 | Copying |
| 07/18/16 | E101 | 0.20 | Copying |
| 07/18/16 | E101 | 0.20 | Copying |
| 07/18/16 | E101 | 0.20 | Copying |
| 07/18/16 | E101 | 1.10 | Copying |
| 07/18/16 | E101 | 0.40 | Copying |
| 07/18/16 | E101 | 0.30 | Copying |
| 07/18/16 | E101 | 0.40 | Copying |
| 07/18/16 | E101 | 0.60 | Copying |
| 07/18/16 | E101 | 0.70 | Copying |
| 03/17/17 | E101 | 10.30 | Copying |
| 03/17/17 | E101 | 0.20 | Copying |

| Date | Code | Amount | Description |
|---|---|---|---|
| 04/30/18 | E101 | 120.80 | Copying |
| 04/30/18 | E101 | 15.10 | Copying |
| 02/29/16 | E107 | 39.60 | MERCURY MAIL & MESSENGER SERVICE, INC; Delivery Services/Messengers CK# 80342 GWM (2/17/16 delivery to USDC, 50 Walnut St., Newark, NJ) |
| 05/13/16 | E107 | 39.60 | MERCURY MAIL & MESSENGER SERVICE, INC; Delivery Services/Messengers CK# 81140 (4/20/16 delivery to Judge Mannion at 50 Walnut St., Newark, NJ) |
| 07/25/16 | E124 | 11.99 | CONFERSAVE WORLDWIDE; Other ck# 81812 GWM (7/8/16 conference call) |
| 04/04/19 | E124 | 17.00 | GRANT W. MCGUIRE; Other CK# 91604 (Parking in connection with 3/25/19 travel to USDC - Newark for motion hearing) |
| | Total Expenses | 288.49 | |