# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel, WENDY BAHNSEN et al., | : : : | |
| Plaintiffs, | : | Case No. 2:11-1210 |
| v. | : | (JMV/SCM) |
| BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | : : : | |
| Defendant. | : : : : : : | **[PROPOSED] ORDER ON MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES PURSUANT TO 31 U.S.C. § 3730(d)** |
| BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, | : : : | |
| Counterclaim-Plaintiff, | : | |
| v. | : | |
| WENDY BAHNSEN AND CAROLINA FUENTES, | : : : | |
| Counterclaim- Defendants. | : | |

**THIS MATTER** having come before the Court on the motion of Relators' counsel for an award of attorneys' fees, costs and expenses ("Motion"), **IT IS**, on this _____ day of _____, 2019;

**ORDERED** as follows:

The Motion is **GRANTED**. Within ten (10) business days of this Order, Defendant Boston Scientific Neuromodulation Corporation is ordered to pay to Relators' counsel

$6,628,709.50 in fees and $879,173.48 in costs and expenses related to litigating the merits of the case (a sub-total of $7,507,882.98), and $84,327.50 in fees and $29,698.34 in costs and expenses related to litigating this fee dispute (a sub-total of $114,025.84), for a total of **$7,621,908.82**.

SO ORDERED.

_____