# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

December 22, 2020

**VIA ECF**
Hon. John Michael Vazquez, U.S.D.C.
Frank R. Lautenberg U.S.P.O and Courthouse, Room 417
2 Federal Square
Newark, New Jersey 07102

Re: *United States ex rel. Bahnsen, et al. v. Boston Scientific Neuromodulation Corp.*, Civil Action No. 2:11-cv-1210 (JMV/SCM)

Dear Judge Vazquez:

We represent the Relators in this False Claims Act case. On February 14, 2020, Judge Mannion issued a Report and Recommendation granting in part and denying in part Relators' motion for attorneys' fees and costs, recommending that the Court award Relators $4,632,828.84 in attorneys' fees and $908,583.33 in litigation costs, for a total award of $5,541,412.17. Dkt. 487. On February 28, 2020, Defendant filed its objection to the Report and Recommendation, which remains pending before the Court. Dkt. 488. In light of Defendant's objection, Relators also filed a conditional objection. Dkt. 489. Neither party submitted a proposed order in connection with their objections.

To assist the Court in its resolution of this matter, and to make clear that Relators have no objection to the Report and Recommendation provided Defendant's objections are overruled, Relators have attached a proposed order adopting the Report and Recommendation in full. We appreciate the Court's continued attention to this matter.

Respectfully,

*/s/ William Christopher Carmody*

_____
William Christopher Carmody

December 22, 2020
Page 2

SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Phone: (212) 336-8330
bcarmody@susmangodfrey.com

Grant W. McGuire
MCMANIMON, SCOTLAND & BAUMAN, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068

*Counsel for Plaintiffs/Relators*